# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**ROGER ORAL SMITH,**

        **Plaintiff,**

v.                                                                                                    Case No. 20-3179-SAC

**RACHELL HOLLINGSHEAD, ESTRELLA SANTOS and ABYGAIL FLORES,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x)    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this matter is dismissed without prejudice.

Entered on the docket 06/30/22

**Dated:  June 30, 2022**                       SKYLER B. O'HARA
                                                          CLERK OF THE DISTRICT COURT

                                                          <u>s/S. Nielsen-Davis</u>
                                                          **Deputy Clerk**