UNITED STATES District Court

Case Name Smith v Hollinghead et. all

Case Number - 5:20 CV-03179-SAC

1) I have received The Martinez report. The reason being The 8th amendment stands for Aramark and Aramark workers not sending Smith his Proper foods and proper diets. while on lock down. The doctors and The nurses have e-mailed Rachel, and Aramark staff Mr. Smith's diets and They still refuse to give Him is Proper food. Copies were walked over by the R.N.s and Hand delivered to Rachel, which she still has not Complied with. It is logged and written by The Majors, Captain's, Lieutenants, and Medical Staff. That is where The deliberant indifference comes in. All the staff new better but didn't give me my Proper diet.

Thanks for your Time

7/12/22

Sincerely

Roger Smith

As you can see, I have exhausted all of my state remedies according to the Grievance that was filed. Please see attached for actions taken.

I humbly request that the state reverse it's findings.

Sin
7/12/22
Roger O Smith