To the District Court:
SMITH v HOLLINGHEAD et al
Case number 5:20-CV-03179-SAC

Their stating that I have not filed a claim, I filed under the 8TH Amendment, and the deliberate indifference. Reason being, being a diabetic I wasn't getting any meals all day; the OIC would, on a regular basis go to the shift Captain to obtain keys to the kitchen, and at that time was only given a "SACK LUNCH", due to the kitchen being closed( which I (along with every other I/M) was not provided with (3) three "HOT MEALS" each day.

My Blood sugar levels would run from 345-600 for the entire period that we were on LOCK-DOWN! They've put my life in danger due to their negligence, placing at RISK for stroke, Kidney and liver issues and also note a risk of DIABETIC COMA. Here is an copy of my RENAL diet that I'm supposed to have and that they are bound to adhere to. everything which I am not allowed to have is what I've been forced to being fed at the top of this diet (PLEASE SEE ATTACHED).

-1-

Even after the OIC and shift Captain would therefore contact the ARAMARK supervisors about Mr. Smith's food issues, he was NEVER sent any meal tray that was right/correct. That's where the 8th Amendment and deliberate indifference comes into play.

Everything has been logged/recorded by the shift Captain's and OIC, including medical staff members. Being a diabetic, you must eat no later than 45-minutes after you've taken your INSULIN dose, or else your BLOOD SUGAR LEVEL would either drop or run high. That's how my life has been placed in danger by my NOT getting a proper RENAL diet during those periods on LOCK-DOWN!

All of the ARAMARK staff are well aware of these issues/danger zones (they knew better), but did this anyway and that where the issue of deliberate indifference comes to the table.

8-1-22

Respectfully submitted... Roger O. Smith

*Roger O Smith*

-2-